UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. 3:12-cr-068

SHAWN HICKS

Defendant.

---

ORDER RELEASING DEFENDANT FROM JAIL
AND CONTINUING DEFENDANT ON BOND

---

Pursuant to the record set forth in open court on May 31, 2013, the Defendant entered admissions to the alleged violations as set forth in the Petition filed May 16, 2013. Defendant was found by the Court to be in violation of the conditions of his bond. After giving due consideration and without objection from the Government, the Court chose not to revoke his bond.

**IT IS THE ORDER OF THE COURT** that the Defendant be released from custody on **Wednesday, June 5, 2013,** and be continued on bond with all conditions as previously imposed. Upon release, Defendant is to immediately report to the Pretrial Services Office for any further instruction.

**DONE** and **ORDERED** in Dayton, Ohio, this 31st day of May, 2013

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT